| PROB 22 (Rev. 01/24) | | DOCKET NUMBER (Tran. Court) 4:20-CR-40009-MGM-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) 24CRIM 598 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Southern District of New York | DIVISION |
|---|---|---|
| Johanny Torres-Rojas  Southern District of New York | NAME OF SENTENCING JUDGE The Honorable Mark G. Mastroianni, United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM February 22, 2024 | TO February 21, 2027 |

**OFFENSE**

Count 1s and 2s: Distribution of and Possession with intent to Distribute Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1)
Count 3s: Distribution of and Possession with intent to Distribute Meth and Fentanyl, in violation of 21 U.S.C. §§ 841(a)(a)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Torres-Rojas plans to maintain residence in the Southern District of New York

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE          DISTRICT OF    Massachusetts

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9/3/24
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Southern   DISTRICT OF   New York

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

OCT 1 5 2024
Effective Date

United States District Judge

SARAH L. CAVE
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK